| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Weyerbacher Brewing Company, Inc. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known): | 19-12558(REF) |

■ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Barbara T. Lampe 614 Riverwoods Way Bethlehem, PA 18018 | | Loan Advance/under Loan Agreement | | | | $249,645.00 |
| Brewers Supply Group P.O. Box 74769 Chicago, IL 60694-4769 | | Malt | | | | $55,909.33 |
| Daniel A. Weirback 4755 Stony Ridge Road New Tripoli, PA 18066 | | Loan Advance/under Loan Agreement | | | | $126,102.00 |
| Easton Area Joint Sewer Authority P.O. Box 25092 Lehigh Valley, PA 18002-5092 | | Sewer | | | | $91,231.54 |
| Gamer Packaging, Inc. 330 2nd Avenue South Suite 895 Minneapolis, MN 55401 | | Bottles | | | | $93,654.58 |
| Gamse Lithographing Co., Inc. 7413 Pulaski Highway Baltimore, MD 21237-2529 | | Labels | | | | $24,779.65 |

Debtor **Weyerbacher Brewing Company, Inc.**　　　　　　Case number *(if known)* **19-12558(REF)**
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Hauser Packaging, Inc. 44 Exchange Street Suite 202 Portland, ME 04101-5018 | | | | | | $59,866.62 |
| HMK Insurance 54 S. Commerce Way Suite 150 Bethlehem, PA 18017 | | Insurance Broker | | | | $121,433.00 |
| John I. HAAS, Inc. 1600 River Road Yakima, WA 98902 | | | | | | $60,098.15 |
| Karen Mauer 214 E. 6th Avenue East Greenville, PA 18041 | | Loan Advance | | | | $40,000.00 |
| Kelvin Cooperage 1103 Outer Loop Louisville, KY 40219 | | | | | | $66,000.00 |
| Muntons Malted Ingredients, Inc. Coface North America Insurance Company 650 College Road Ease Suite 2005 Princeton, NJ 08540 | | Bulk - MPLC | | | | $30,844.19 |
| Ninth Planet Beverage Solutions 1795 Riverside Drive Apt. 4C New York, NY 10034 | | | | | | $38,865.42 |
| North Country Malt Supply Country Malt P.O. Box 51602 Los Angeles, CA 90051-5902 | | | | | | $58,775.55 |
| Northeast Barrel Company Attn: Pat Tramontano 1031 Emerald Avenue Lansdale, PA 19446 | | | | | | $40,000.00 |
| Northeastern PA Carton Co. 4820 Birney Avenue Moosic, PA 18507 | | Packaging | | | | $51,482.08 |

Debtor **Weyerbacher Brewing Company, Inc.**　　　　　　　　　　Case number *(if known)*  **19-12558(REF)**
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Proximity Malt<br>644 South 5th Street<br>Milwaukee, WI 53204 | | Malt | | | | $94,585.70 |
| Susquehanna Bank VISA CTL Cardmember Services<br>P.O. Box 790408<br>Saint Louis, MO 63179 | | | | | | $20,778.34 |
| UGI Utilities, Inc.<br>P.O. Box 15523<br>Wilmington, DE 19886-5523 | | Gas Utilities | | | | $19,947.49 |
| Yakima Chief - Hopunion LLC<br>203 Division Street<br>Yakima, WA 98902 | | Hops | | | | $159,355.83 |