IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WEYERBACHER BREWING COMPANY, INC., | ) ) ) | Case No. 19-12558 (MDC) |
| | ) | |
| Debtor. | ) | |

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, Schuyler G. Carroll, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and will submit the $40.00 admission fee via CM/ECF.

*A.    I state that I am currently admitted to practice in the following state jurisdictions:*

| New York | 1993 | 2511707 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

*B.    I state that I am currently admitted to practice in the following federal jurisdictions:*

| U.S. District Court for the Eastern, Southern and Western Districts of New York | 1993 | 2511707 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| U.S. District Court for the Northern District of New York | 1996 | 2511707 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

*C.    I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for the Official Committee of Unsecured Creditors*

(Applicant's Signature)

May 31, 2019
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

Perkins Coie LLP
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036
Telephone: (212) 262-6905

Sworn and subscribed before me
this 31 day of May 2019

Notary Public

My commission expires: APR 30 2023

JEFFREY D. VANACORE
Notary Public, State of New York
No. 02VA6089963
Qualified in New York County
Commission Expires April 30, 2023

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

    The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Schuyler Carroll, Esquire to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Jonathan M. Stemerman | _[signature]_ | 2005 | 92559 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney ID No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Elliott Greenleaf P.C.
925 Harvest Drive, Suite 300
PO Box 3010
Blue Bell, PA 19422
Telephone: (215) 977-1000


Sworn and subscribed before me
this 4th day of June 2019

_[signature]_
Notary Public

My commission expires: 8/9/2020

_[Notary seal: MARYANN MILLIS, MY COMMISSION EXPIRES AUG. 9, 2020, NOTARY PUBLIC, STATE OF DELAWARE]_